IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GALE CARTER and FORBES HAYES, *on behalf of themselves and those similarly situated,*<br><br>      Plaintiffs,<br><br>    v.<br><br>PASCHALL TRUCK LINES, INC., et al.,<br><br>      Defendants. | No. 2:17-cv-04543-HB |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs, by and through the undersigned counsel, voluntarily dismiss the above-captioned action as against Defendant PNC Equipment Finance, LLC.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs' voluntary dismissal of Defendant PNC Equipment Finance, LLC is **without prejudice**.

                                                Respectfully submitted,

                                                **SWARTZ SWIDLER, LLC**

                                                */s/ Travis Martindale-Jarvis*
                                                Travis Martindale-Jarvis, Esq.
                                                Joshua S. Boyette, Esq.
                                                Justin L. Swidler, Esq.
                                                Manali Arora, Esq.
                                                1101 Kings Highway N., Suite 402
                                                Cherry Hill, NJ 08034
                                                Tel: (856) 685-7420
                                                Fax: (856) 685-7417

Date: December 18, 2017